# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
                   cklee@leelitigation.com

June 21, 2016

**Via ECF**
The Honorable Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Diaz v. AMC Entertainment, Inc.*
           Case No. 16-cv-2546-VEC (S.D.N.Y.)

Dear Judge Caproni:

    We are counsel to Plaintiff in the above-referenced matter. We write, jointly with counsel to Defendants, to inform the Court that the parties have reached a contemplated settlement in principle.

    The parties respectfully request a stay of proceedings and for the Court to cancel all dates *sine die.*

    We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.