USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRISTHIAN DIAZ, *on behalf of himself and all others similarly situated*,

        Plaintiff,

-against-

AMC ENTERTAINMENT HOLDINGS, INC.,

        Defendant.

---

No. 16-cv-2546

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 14(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed in its entirety, with prejudice, against Defendant, AMC ENTERTAINMENT HOLDINGS, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For the Defendant:

By: *(signature)*
M. Brett Burns, Esq.
Hunton & Williams LLP
575 Market Street, Suite 3700
San Francisco, CA 94105
Telephone: (415) 975-3725
Fax: (415) 975-3776

Date: 10/18/16

For the Plaintiff:

By: *(signature)*
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 10·13·16

SO ORDERED

*(signature)*
The Honorable Valerie Caproni, U.S.D.J.